

FILED IN OPEN COURT
ON 2-13-13 BG
Julie A. Richards, Clerk
US District Court
Eastern District of NC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

CASE NO. 4:13-MJ-1011

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | GOVERNMENT'S MOTION |
| v. | ) | TO CONTINUE |
| | ) | |
| MICHELE CLARK | ) | |

Pursuant to 18 USC §3161(h)(3)(B) and to Local Rule 47.1, the GOVERNMENT respectfully request that the above-captioned case be continued to the *April 10th, 2013* misdemeanor docket. In support of this motion, the GOVERNMENT sets forth the following.

1. ~~The defendant was absent due to~~: *Government requests continuance to allow Ms Clark to gather paperwork showing corrective action.*

2. This is the *1st* continuance filed by the Government in this matter.

This the *13th* day of *February*, 2013.

SCOTT W. ISEMAN
Special Assistant US Attorney
Criminal Division
Joint Law Center
PSC Box 8007
MCAS Cherry Point, NC 28533
252-466-6457
Bar No: 4884060 (New York)

The Court finds that the ends of justice are served by the granting of such a continuance outweigh the best interest of the public in a speedy trial because the defendant is absent.

Accordingly, the continuance is ALLOWED. The intervening time from *February 13* to *April 11, 2013* is excluded from speedy trial computation under 18 USC 3161.

This the _13_ day of _February_, 2013.

United States Magistrate Judge