IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CASE NO. 4:13-MJ-1011


FILED IN OPEN COURT
ON 4-17-13
Julie A. Richards, Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER FOR DISMISSAL |
| v. ) | WITHOUT PREJUDICE |
| Michele Clark ) | |
| ) | |

The GOVERNMENT moves for dismissal without prejudice of the captioned case for the following reason: provided documentation of corrective action.

SCOTT W. ISEMAN
Special Assistant US Attorney
Criminal Division
Joint Law center
PSC Box 8007
MCAS Cherry Point, NC 28533
252-466-6457

Leave for dismissal is granted and it is hereby ORDERED that the captioned case be dismissed without prejudice.

This the 17 day of April, 2013.

United States Magistrate Judge